# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-5157**                                     **September Term, 2025**

**1:26-cv-00577-CJN**

**Filed On: May 11, 2026** [2172814]

Diego N., et al.,

       Appellants

     v.

United States Department of Health and
Human Services, et al.,

       Appellees

## O R D E R

The notice of appeal was filed on May 8, 2026, and docketed in this court on May 11, 2026. It is, on the court's own motion,

**ORDERED** that appellants submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | June 10, 2026 |
| Docketing Statement Form | June 10, 2026 |
| Entry of Appearance Form (Attorneys Only) | June 10, 2026 |
| Procedural Motions, if any | June 10, 2026 |
| Statement of Intent to Utilize Deferred Joint Appendix | June 10, 2026 |
| Statement of Issues to be Raised | June 10, 2026 |
| Transcript Status Report | June 10, 2026 |
| Underlying Decision from Which Appeal or Petition Arises | June 10, 2026 |
| Dispositive Motions, if any | June 25, 2026 |

It is

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-5157**                              **September Term, 2025**

      **FURTHER ORDERED** that appellees submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | June 10, 2026 |
| Entry of Appearance Form (Attorneys Only) | June 10, 2026 |
| Procedural Motions, if any | June 10, 2026 |
| Dispositive Motions, if any | June 25, 2026 |

It is

      **FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

      **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

                           **FOR THE COURT:**
                           Clifton B. Cislak, Clerk

               BY:   /s/
                           Francis A. Walter
                           Deputy Clerk

The following forms and notices are available on the Court's website:

Civil Docketing Statement Form
Entry of Appearance Form
Transcript Status Report Form
Request to Enter Appellate Mediation Program (Optional)
Notice Concerning Expedition of Appeals and Petitions for Review
Stipulation to be Placed in Stand-By Pool of Cases (Optional)